NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

APRIL DANIELLE SHEFFIELD,                )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D17-4710
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____ )

Opinion filed February 13, 2019.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Andrew F. Rier of Rier Jordan, P.A., Miami,
for Appellant.

Ashley Brooke Moody, Attorney
General, Tallahassee; Susan D.
Dunlevy, Assistant Attorney General,
and Helene S. Parnes, Senior
Assistant Attorney General Tampa,
for Appellee.

PER CURIAM.

            Affirmed.

KELLY, BLACK, and SLEET JJ., Concur.